

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00356-CV

Richard **BALDARAMOS** and Rejuvya, LLC,
Appellants

v.

**METAMORPHOSIS CONSULTING, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16894
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's brief is due on July 15, 2019. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed motion for an extension of time to file Appellee's brief until August 14, 2019.

Appellee's motion is GRANTED. Appellee's brief is due on August 14, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court